# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILFREDO CASTANEDA DIAZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-05930-KES-EPG-HC

ORDER GRANTING *PRO HAC VICE* APPLICATION

(ECF Nos. 3, 6)

Before the Court is the application of Angela Alvero, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF Nos. 3, 6) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **July 30, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE