# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO CASTANEDA DIAZ,<br>Petitioners,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-05930-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |

The Court finds that a transcript and/or recording of the June 17, 2026 bond hearing would assist the Court in this matter.

Accordingly, the Court DIRECTS Respondents to file a transcript and/or recording of the June 17, 2026 bond hearing within **SEVEN (7) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **September 28, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE