UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILFREDO CASTENEDA DIAZ,
A Number: A-233-042-885,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-05930-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Docs. 1, 15

Petitioner Wilfredo Casteneda Diaz is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be released immediately. Doc. 15. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. Neither party has filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The court ORDERS:

1. The findings and recommendations, Doc. 15, are ADOPTED in full.

2. The first amended petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to immediately release petitioner Wilfredo Casteneda Diaz (A Number: A-233-042-885).
4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]
5. Respondents shall immediately provide petitioner with a copy of this Order.
6. The Clerk of Court is directed to close this case, terminate any remaining motions as moot, and enter judgment for petitioner.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.